CHIEF JUSTICE McGRATH,
specially concurring.
¶19 For the purposes of this appeal, I concur with the majority. However, sentencing discretion for felony convictions lies within the exclusive power of the district courts under §46-18-103, MCA. As I articulated in my special concurrence in Hernandez, it is the district court that can best determine the most suitable course of rehabilitation for the individual offender. Hernandez, ¶¶ 10-16. In this case, the conditions imposed were not illegal and were consistent with reasonable efforts to rehabilitate the defendant. To the extent that a defendant desires to challenge a legally authorized felony sentence, the Legislature has established the Sentence Review Division. Sections 46-18-901 to -905, MCA.